UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KEVIN HAYNES, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:18-cv-13729-JEL-EAS |
| ) | |
| v. ) | Judge Judith E. Levy |
| ) | |
| TENNECO AUTOMOTIVE OPERATING ) | Magistrate Judge Elizabeth A. Stafford |
| COMPANY INC. ) | |
| ) | |
| Defendant. ) | |

STATEMENT OF DISCLOSURE OF
CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Tenneco Automotive Operating Company Inc. makes the following disclosure:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affilliate Name:  Tenneco Inc.
   Relationship with Named Party:  Parent Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   No.

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date:  January 23, 2019            s/Jennifer Bickley Hull
                                   Jennifer Bickley Hull (P57409)
                                   Faegre Baker Daniels LLP
                                   110 W Berry Street, Suite 2400
                                   Fort Wayne, IN  46802

US.121693484.01

-2-

260-460-1787
Jennifer.hull@FaegreBD.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to the following:

    Adam M. Taub
    David A. Nacht
    NachtLaw, P.C.
    101 N. Main Street, Suite 555
    Ann Arbor, MI 48104
    dnacht@nachtlaw.com
    ataub@nachtlaw.com

    s/ Jennifer Bickley Hull